**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edward Hernandez,         )<br>                                       )<br>         Plaintiff,            )<br>                                       )<br>   v.                                )<br>                                       )<br>Dora Schriro, et al.,      )<br>                                       )<br>         Defendants.      )<br>_____) | No. CV05-2853-PHX-DGC (JM)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Reconsideration and United States Magistrate Judge Marshall's Report and Recommendation ("R&R"). Dkt. ##46, 56. The R&R recommends that the Court grant the motion and reinstate Counts I and III of the Complaint. Dkt. #56 at 1, 6. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court has nonetheless reviewed Judge Marshall's R&R and finds it well-taken. The Court will accept the R&R, grant Plaintiff's motion, and

reinstate Counts I and III of the Complaint.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Marshall's R&R (Dkt. #56) is **accepted**.

2. Plaintiff's Motion for Reconsideration (Dkt. #46) is **granted** and Counts I and III of the Complaint are reinstated.

3. Magistrate Judge Marshall will continue supervision of this case.

DATED this 18th day of October, 2006.

David G. Campbell
United States District Judge